**Alan J. Tauber** ESQ

P 215.575.0702
F 215.703.1675
atauber@atauberlaw.com
*also admitted New Jersey*

1600 Locust Street
Philadelphia, PA 19103

atauberlaw.com

November 2, 2019

VIA FAX AND 1ST CLASS MAIL

Honorable Jan Dubois
Room 12613
United States District Court
601 Market Street
Philadelphia, PA 19106

**Re:** **United States v. Donald Jones; 17-cr-563**

Dear Judge Dubois:

      As you may recall, I represent Donald Jones who is currently scheduled for sentencing on December 16, 2019 in the above matter. I am writing to request that the Court give Mr. Jones permission to travel to Georgetown, Guyana to meet with the Peoples Progressive Party to discuss consulting with them in the upcoming Guyana presidential election in March of 2020. Mr. Jones would leave on November 11 and return on November 16. He plans to meet with party officials over while he is there. He will spend all of his time in Georgetown at the party offices of the Peoples Progressive Party on Robb Street in Lacytown, Georgetown. AUSA Eric Gibson has no objection to this request.

      Mr. Jones proposed itinerary is as follows:

      Depart on November 11 on American Airlines flight 1114 to Miami. From there, he would depart on American Airlines flight number 1513 to Georgetown, arriving at 12:33 a.m.

      Mr. Jones would stay at the Herdsmanton Lodge Hotel at 19 Peter Rose Street in Queenstown, Georgetown.

      Mr. Jones would return to Philadelphia on American Airlines flight 1512 and 1623 arriving at 9:40 a.m. on November 16.

      Were the Court to grant Mr. Jones permission to make this trip, it would need to order that his passport be returned to him by the United States Probation office which would then be returned to Probation upon Mr. Jones' return. Your thoughtful consideration of this request is appreciated.

      Respectfully submitted

*Alan Tauber*
Alan J. Tauber

cc: AUSA Eric Gibson