# LAW OFFICE OF ALAN J. TAUBER, P.C
ATTORNEY AT LAW

ALAN J. TAUBER*

*ALSO MEMBER NEW JERSEY

1600 LOCUST STREET
PHILADELPHIA, PA 19103

215.575.0702 • FAX 215.703.1675

January 23, 2020

VIA EMAIL
Honorable Jan Dubois
Room 12613
United States District Court
601 Market Street
Philadelphia, PA 19106

RE: *United States v. Donald Jones*; 17-cr-563

19-cr-462

Dear Judge Dubois:

    As you may recall, I represent Donald Jones in the above matter. Mr. Jones was sentenced on December 16, 2019 to a year and a day incarceration. The Court granted Mr. Jones a surrender date of January 30, 2020.

    Since that time, I have been communicating with both the United States Marshal's office and the Bureau of Prisons designation bureau to ascertain Mr. Jones' designation so he can surrender to his assigned prison. I learned today that, Mr. Jones has yet to be designated in part due to a malfunction in the BOP's designation network. I was also advised that it was unlikely that he would receive his designation before his scheduled surrender date as the Bureau of Prisons has not yet even received his paperwork. Thus, were Mr. Jones to surrender on the currently assigned date, he would be remanded to the Federal Detention Center until his designation is complete, a circumstance we were hoping to avoid.

    Please accept this letter as our request to extend Mr. Jones' surrender date to March 1, 2020. We are hopeful that his designation will be completed before that date. I discussed this request with AUSA Eric Gibson who has no objection to an extension. Your consideration of this request is greatly appreciated.

Respectfully submitted,

Alan J. Tauber

cc: AUSA Eric Gibson (via email)